In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

2015 MAY 27 AM 9: 54

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

## MOTION OF COUNSEL DISQUALIFICATION

To The Justices Of Court Of Appeals:

Appellant Maryann Castro is filing this motion with the facts in this case Counsel Joseph Appelt committed a malpractice on Oct 30,2013, committed fraud for his Client Appellee Manuel Castro. Appellant Maryann Castro is praying for Justice and Relief.

Counsel Joseph Appelt committed a legal malpractice, Texas Disciplinary Rule 3.08 violations and has been reported to the Texas State Bar, along with Counsel Dinorah Diaz.

Appellant Maryann Castro has turned in her Appellant Brief with evidence of legal malpractice, fraud, hiding martial assets , tampered with agreement No Alimony Awarded written in By Counsel Joseph Appelt for Appellee Manuel Castro on Oct 30, 2013 Counsel Joseph Appelt Committed the following:

a) Active Bankruptcy the lift stay was not filed no motion of Bankruptcy relief was granted on Oct 30, 2013.Appellee Manuel Castro had the Community 1501 Olive in Active Bankruptcy and was not paying the home mortgage this was hidden from Judge Canales and Appellant Maryann Castro. A judge will not sign an agreement knowing stay lift motion not filed nor lifted. A bank will not refinance when in active bankruptcy and Mortgage payments are not being made. This agreement should be voided because of this violation a copy was entered not original.

b) Counsel Joseph Appelt accepted a comparative market analysis-realtors opinion from Appellee Manuel Castro mistress the non-spouse Christina Pacheco knowing document says not to be used as appraisal realtors opinion, both committed fraud over valued the Community 1501 Olive to falsely try to gain 40,000 in equity when there is no equity, and a realtors opinion is not a valid legal appraisal document in obtaining any loan from a bank it's a certified appraisal that is

a legal appraisal not a realtors opinion. This Agreement for final divorce should be voided because of this Violation it's a copy not original.

c) Hiding martial assets Keogh Plan Pension and 99 subaru which was hidden and not included in the agreement for final divorce this is a martial assets hidden from the Court Judge and Appellant Maryann Castro .This agreement should be voided because of this violation it's a copy not original.

d) Counsel Joseph Appelt wrote in the Agreement no alimony awarded Appellant Maryann Castro did not give up her right to Alimony Counsel Joseph Appelt wrote in No Alimony awarded after signatures were signed look at the different writing there is no initial from Appellant Maryann Castro agreeing to this change was added on the Agreement this agreement should be voided because of all the violations it's a copy not the original.

e) Joseph Appelt Appellee Brief was due April 29, 2015 no notice no motion was sent to the court nor to Appellant Maryann Castro about delay, nor motion Appellee Motion was filed to withdraw on May 8, 2015 and May 18, 2015, Appellant Maryann Castro discovered about withdraw email sent to her by the Court via email On May 8,2015 and May 18,2015

f) May8, 2015 Counsel Joseph Appelt Statement NO deposition and NO date set it does not say Appellee Manuel Castro was not paying him. May 18,2015 he states his client Appellee Manuel Castro was not paying him for Appeals Court and that is his reason for withdraw, but yet he ask the Court to grant Appellee Manuel Castro extension to turn in Appellee Brief on June 19, 2015 and mailing address of Appellee Manuel Castro has a change of address Hickory Shadow Appellee Manuel Castro sister Leila Silva resides at that Residence and Appellant Maryann Castro there is a conflict of interest Appellee Leila Silva who was involved in the Adultery and fraud of Appellee Manuel Castro hid the mistress Christina Pacheco at the Hickory Shadow residence when Appellant Maryann Castro investigated as to Appellee Manuel Castro not returning home went to the residence and police were called and she was told not to send mail or ever show-up and Appellant Maryann Castro has not will not communicate due to the Bexar County deputy warning Appellee Manuel Castro does not reside at Hickory Shadow he resides at 624 W. Goodwin in Pleasanton Texas 78064 Appellee Manuel Castro allowed his sister and mistress to Commit mail fraud change address Hickory Shadow and mail was forwarded to the Hickory Shadow, Appellee Manuel Castro sister Leila Silva harassed Appellant Maryann with police officers when she was investigating Appellee Manuel Castro whereabouts when they were married.

g) Counsel Joseph Appelt has caused harm again to Appellant Maryann Castro why was the other party Attorney Counsel Joseph Appelt Allowed to withdraw he is part of this case he enforced the fraud in the Agreement for final divorce and Committed Violations in the Agreement for final divorce Counsel Joseph Appelt did not properly notify Appellant Maryann Castro his withdrawal not giving Appellant Maryann Castro her right to Object? Counsel Joseph Appelt did not say Appellee Manuel Castro was not paying him to Appeal when he responded to Appellant Maryann Castro Affidavit Of Indigency he filed a motion Contesting Appellant Maryann Castro Indigency In Appeals Court .Appellant Brief it says the Parties involved Appellee Manuel Castro and non-spouse mistress Christina Pacheco and Counsel Joseph Appel he enforced the fraud and

hid martial assets for his client Appellee Manuel Castro and Tampered with Agreement wrote in no Alimony Awarded.

h) Counsel Joseph Appelt has been reported to the State Bar for his Violations and that is why he withdrew for the violations he committed and misconduct in the Agreement for final divorce he is lying to the Court Of Appeals Appellant MaryAnn Castro has been harmed and prays for justice and relief she is entitled to by law.

i) Appellant Maryann Castro has proved to the Court the evidence of fraud why Is it being ignored? But yet Counsel Joseph Appelt who caused the fraud for his client Appellee Manuel Castro and is part of this lawsuit was granted to withdraw harming Appellant MaryAnn Castro?

Appellant Maryann Castro prays for Justice and relief.

First Amended Decree Of Divorce Dallas fifth District Court of Appeals case, In the interest Of M.A.C. And M.T.C.

House Bill 908 remedy for wronged spouse when fraud has been committed against the Community estate in Divorce.

Motion to reopen Divorce Agreement and Modify is needed in this case

Appellant Maryann Castro prays for Justice and Relief

## FACTS

A) Notice filed by Counsel Appelt Appellant Maryann Castro never received notice

B) Showing Hickory Shadow address was changed by Appellee Manuel Castro sister and mistress Davis law firm sent this to Appellant Maryann Castro on 9/14/14

C) Appellant Maryann Castro took corrective action in changing address back to 1501 Olive this was never authorized by Appellant Maryann Castro

D) Mortgage address was supposed to be sent to 1501 Olive the mortgage has Appellee Manuel Castro and Maryann Castro this change was done without my consent. Manuel Castro had the mortgage statement sent to 23302 Hickory Shadow where his sister Leila Silva who took part of fraud, harassment for Appellee Manuel Castro to harm Appellant Maryann Castro Manuel Castro resides at 624 W. Goodwin in Pleasanton Texas with the Mistress Christina Pacheco who committed adultery and Fraud with Appellee Manuel Castro while married to Appellant Maryann Castro.

E) Counsel Joseph Appelt filed a response for his Client to Appeals Court contesting Affidavit of Indigency and states to Appeals Court Appellee Manuel Castro did not pay him to Appeal, That is untrue why would he file this response. May 18th Appellant Maryann Castro called the court and spoke to Carmen and was told no motion filed and one was filed and Appellant Maryann Castro was not notified by Counsel Joseph Appelt instead receive notice via email by the Court of Appeals after her was granted to withdraw. How is this Justice? May 8th never received notice from Counsel Joseph Appelt about

motion to withdraw only from Appeals Court via email after it was denied again Appellant Maryann Castro is harmed how is this justice.

Maryann Castro Appellant and pro-se
1501 Olive
Jourdanton Texas 78026


Pacattitude2014@gmail.com
8304960133
Filed May 26,2015

U41400785
FOURTH COURT OF APPE/
SAN ANTONIO, TE>
5/8/2015 5:27:28
KEITH HOT·
CL≡



## NO. <u>04-14-00785-CV</u>

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
<u>05/8/2015 5:27:28 PM</u>
KEITH E. HOTTLE
Clerk

## MANUEL CASTRO
## VS.
## MARY ANN CASTRO

## NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL

JOSEPH P. APPELT,P.C.
ATTORNEY AT LAW
5825 CALLGHAN RD., STE. 104
SAN ANTONIO, TEXAS 78228
210-375-1212 TELEPHONE
210-375-1213 FAX
EMAIL: <u>JPAPPELT@GMAIL.COM</u>
ATTORNEY FOR MANUEL CASTRO

### TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

This Motion for Withdrawal of Counsel is brought by JOSEPH P. APPELT, who is attorney of record for MANUEL G. CASTRO. Joseph P. Appelt, requests the Court to grant him permission to withdraw as attorney for MANUEL G. CASTRO in this case. In support, Joseph P. Appelt shows:

Good cause exists for withdrawal of Joseph P. Appelt, as counsel for Petitioner, MANUEL G. CASTRO, due to a conflict arising between Attorney and Client which prevents effective representation.

A copy of this motion has been delivered to MANUEL G. CASTRO, who is hereby notified in writing of his right to object to this motion. The last known address of MANUEL G. CASTRO is P.O. Box 47776, San Antonio, Texas 78265.

There is no setting pending in this case *its in appeals*

Both sides have served discovery requests to the other. *Not in appeals Court.*

There have not been any oral depositions in this case. *There was an oral deposition made by Dinora Diaz*

An entry of an order granting this motion and discharging Movant as attorney of record for MANUEL G. CASTRO would not harm the other party. *Yes it would*

## NOTICE TO CLIENT

You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated below. You do not have to agree to this motion. If you wish to contest the withdrawal of Joseph P. Appelt as your attorney, you should appear at the hearing. If you do not oppose Joseph P. Appelt's withdrawal as your attorney, you may notify Joseph P. Appelt in writing of your consent to this motion.

Joseph P. Appelt prays that Court enter an order discharging him as attorney of record for MANUEL G. CASTRO.

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By: _____
JOSEPH P. APPELT
SBN: 00789809
ATTORNEY FOR MANUEL G. CASTRO

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 8, 2015.

_____
JOSEPH P. APPELT
Attorney for MANUEL G. CASTRO

*(B)oain* *BSI # 44675*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Affidavit in Support of Motion for Relief from Automatic Stay was served on September 5, 2014 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid, and/or by electronic notice on September 4, 2014.

MANUEL GUADALUPE CASTRO, JR.
P.O. BOX 47776
SAN ANTONIO, TX 78265
DEBTOR

*Manuel Castro*
*Sister mail Box*

MARY CASTRO
23302 HICKORY SHADDOW
ELMENDORF, TX 78112
CO-DEBTOR

*Some one*
*Fowarded my mail*
*TO Leila Silva*
*Manuel Castro sister*

MARY ANN CASTRO
1501 OLIVE
JOURDANTON, TX 78026
CO-DEBTOR

*Home/Residence*

MARYANN CASTRO
P.O. BOX 495
PLEASANTON, TX 78064
CO-DEBTOR

*mailing address*

JEFFREY R. DAVIS
5710 IH 10 WEST
SAN ANTONIO, TX 78201
ATTORNEY FOR DEBTOR

MAILISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX 78209
COUNSEL FOR CO-DEBTOR

*Debtor's wife*
*Mary Ann Castro*
*Mailing address*
*Address 95*
*P.O. Box 495*
*Pleasanton TX*
*78064*

MARY K. VIEGELAHN
10500 HERITAGE BLVD, STE. 201
SAN ANTONIO, TX 78216
TRUSTEE

UNITED STATES TRUSTEE
615 E HOUSTON, SUITE 533
SAN ANTONIO, TX 78205

 

**YOUR OLD ADDRESS**

Mail will be forwarded for the following individual only:
**MARYANN CASTRO**
Your mail will be forwarded to your NEW address, as you requested, on: **Sep 30, 2014**

**MARYANN CASTRO**
**23302 HICKORY SHADOW**
**ELMENDORF TX 78112-6172**

**YOUR NEW ADDRESS**

If the information contained on this page is incorrect, or you have not received mail at your new address for **10 Postal business days or more**, please call **1-800-ASK-USPS (1-800-275-8777)**.

If you need to view or cancel this Change-of-Address Order or change the date to start forwarding your mail, visit **managemymove.usps.com** and enter the Confirmation Code: **1429 4501 1010 9450**

Visit managemymove.usps.com to add your email address and receive email reminders of mail forwarding expiration dates.

000000670 02 MB    0.435    T:0004

**MARYANN CASTRO**
**PO BOX 495**
**PLEASANTON TX 78064-0495**



Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

# Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 05/14/10 |
| Loan Number | 0150044675 |

## Customer Service

**Online**
wellsfargo.com/ym

**Fax**
(866) 278-1179

**Telephone**
(866) 234-8271

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 6 AM - 10 PM
Sat, 8 AM - 2 PM

**Payments**
PO Box 660455
Dallas TX 75266

**TTY Deaf/Hard of Hearing**
(800) 934-9998



ı|ı|ıₙ|ᵗ|ᵗIₗₗₙ|ᵗ|ₙₙIIₙₙₙₗ|ᵗ|I||ᵗ|ᵗ|ₗ|ᵗ||ₙₗₗᵗ|ᵗ|||ᵗₗₗ|ₗₗₗᵗ|

1  MB      5626/005626/005626 015 01 ACNHH2 708

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON TX 78026-2220

## Summary

| | | | |
|---|---|---|---|
| Payment (Principal and/or Interest, Escrow) | $1,732.71 | | |
| Optional Product(s) | $0.00 | | |
| **Current Monthly Payment 06/01/10** | **$1,732.71** | | |
| Overdue Payments 05/01/10 | $1,732.71 | | |
| Unpaid Late Charge(s) | $78.10 | | |
| Other Charges | $15.00 | | |
| **TOTAL PAYMENT DUE 06/01/10** | **$3,558.52** | | |

**Property Address**

1501 OLIVE STREET
JOURDANTON TX 78026

| | |
|---|---|
| Unpaid Principal Balance | $225,205.70 |

*(Contact Customer Service for your payoff balance)*

| | |
|---|---|
| Interest Rate | 6.950% |
| Interest Paid Year-to-Date | $3,921.82 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $1,047.08 |

## Important Messages

Important Notice! Wells Fargo Home Mortgage will not recognize 3rd Party Property Tax Lien Transfers or Property Tax Deferrals. These programs create a lien on your property which takes priority over your mortgage. A change in lien position violates your mortgage agreement and Wells Fargo will take the necessary steps needed to ensure the mortgage lien is not at risk.

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| ³05/14 | PAYMENT | $1,732.71 | $256.26 | $1,305.80 | $170.65 | | |

³Wells Fargo Easy Pay payment has been applied. Amount shown exclusive of any fees.



WELLS HOME
FARGO MORTGAGE

*BSI # 44675*

*9/13/14*

Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA 50328-0001

*Sister took my mail.
Manuel Castro —
Never gave me
Statements —
Only this one because
of fraud agreement*

October 15, 2013

(D)

MANUEL G CASTRO JR
23302 HICKORY SHADOW
ELMENDORF TX 78112-6172

Subject: Transfer of the servicing of your mortgage loan
Wells Fargo Home Mortgage loan number: 0150044675

Dear MANUEL CASTRO JR,

Effective November 1, 2013 the servicing of your mortgage loan is being transferred to BSI Financial Services, Inc. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the reverse side of this letter — The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

Important payment information
Beginning on November 1, 2013, BSI Financial Services, Inc will begin receiving payments on your mortgage loan. As of the same date, Wells Fargo Home Mortgage will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to BSI Financial Services, Inc and send them to the following address:

BSI Financial Services, Inc
P.O. Box 660605
Dallas, TX 75266

*I sent many letters, calls*

BSI Financial Services, Inc will be sending you a letter that will include payment instructions. If you do not receive payment instructions from BSI Financial Services, Inc before your next payment is due, please write your loan number on your check or money order and mail it to BSI Financial Services, Inc at the address listed above.

About mortgage payment assistance
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

About PMA® Package benefits
If you have a Wells Fargo PMA Package, transfer of your Wells Fargo serviced mortgage loan may eliminate the ability to link your mortgage to your PMA qualifying relationship balance and may result in your combined balance falling below the minimum required for the PMA Package monthly service fee waiver as well as certain other PMA benefits.

*Debtors wife lives at 1501 Olive*

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801



COURT OF APPEALS NO. 04-14-00785-CV

TRIAL COURT CASE NO. 2011 CI 15957

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT OF APPEALS |
| THE MARRIAGE OF | § | SAN ANTONIO, TEXAS |
| | § | 01/9/2015 3:02:21 PM |
| MANUEL G. CASTRO | § | 45th JUDICIAL DISTRICT E. HOTTLE |
| AND | § | Clerk |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/9/2015 3:02:21 PM
KEITH E. HOTTLE
Clerk

## RESPONSE TO APPELLANT'S AFFIDAVIT OF INDIGENCY

This Response is brought by Appellee, MANUEL G. CASTRO, by and through his attorney, JOSEPH P. APPELT, who shows in support thereof:

1. On or about December 29, 2014 Appellant filed certain documents, including an Affidavit of Indigency in this matter;

2. Appellee contests the validity of said affidavit based on several facts that have come to light during the course of the matter in District Court;

3. First, Appellant asserts in her sworn affidavit that her only source of income is her Social Security disability check in the amount of $788.00 per month. This is a false statement for the following reasons:

   a. Appellant, Mary Ann Castro, has a catering business "Catering by Mary Ann" as evidenced by the advertisement attached hereto as exhibit "A"

   b. Appellant has stated in court that she makes "$15 an hour," evidenced by her statement on line 15 of page 7 of the certified transcript attached hereto as Exhibit "B"

4. In addition, Appellee further objects to the validity of Appellant's affidavit in that she is currently the owner of a 2013 Chevrolet Cruz automobile; evidencing her income is greater than only the $788.00 monthly Social Security check she swore to in the said affidavit;

5. Also, Appellant files her affidavit in support of other filings indicating she does not have the financial resources to pay her costs or hire an attorney. Appellant has made this same assertions throughout the case at the District Court level yet she has retained the following attorneys in conjunction with her case:

   a. Edward Piker

   b. Rebecca C. Martinez (now a Justice on the 4th Court of Appeals)

1

c. David Wilkerson

d. Dinora Diaz

e. Jamie Graham

f. Sara Ann Lishman

g. Steve Cennamo and

h. Matthew Obremier

The attorney's a-f represented Appellant through various stages of the District Court proceedings as gleaned from the Case Summary form the Bexar County District Clerk printout attached hereto as Exhibit "C".

Attorney Steve Cennamo, with the Todd Malaise firm, represented Ms. Castro in one or more Bankruptcy hearings.

Attorney Matthew Obremier is unknown to Appellee, however, Appellant states in her filing with this Court date-stamped January 5, 2015 that she has "had to hire another attorney, Matthew Obremier..."

6.     It is clear from the above that Appellant has not been forthcoming in her affidavit and has actually falsified information in an attempt to proceed with her appeal cost free. This would undoubtedly prejudice Appellee.

7.     Based on the facts and evidence presented herein, Appellee requests this Court to deny Appellant's claim of indigency based on her affidavit. In addition, because of Appellant's willful misrepresentation of facts in her affidavit filed with this Court, Appellee requests Appellant be sanctioned in a manner deemed appropriate by the Court to include but not be limited to:

a. Dismissing her appeal

b. Denying Appellant any further requests for extensions of time related to the perfecting her appeal such as getting the record, transcript and filing of any brief. and

c. Awarding Appellee a judgment for his reasonable and necessary attorney's fees in conjunction with filing this response.

8.     It was necessary for Appellee to retain the services of JOSEPH P. APPELT to prepare and file this response to protect his rights. Appellee requests he be awarded his reasonable and necessary attorney's fees and costs associated with the filing of this Response pursuant the affidavit attached hereto as Exhibit "D"

9.     Appellee requests any and all other such relief he may be entitled to in law or equity.

2

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By:

JOSEPH P. APPELT
SBN: 00789809
ATTORNEY FOR MANUEL G. CASTRO
APPELLEE

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 9, 2015.

JOSEPH P. APPELT
Attorney for MANUEL G. CASTRO

3



SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

# COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

May 18, 2015

Mary Ann Castro
1501 Olive
Jourdanton, TX 78026

Manuel Castro
PO Box 47776
San Antonio, TX 78265

Sarah Lishman
Jamie Graham & Associates, PLLC
Tower Life Building
310 S. St. Mary's, Suite 845
San Antonio, TX 78205

Joseph Appelt Jr.
Joseph P Appelt PC
5825 Callaghan Rd Ste 104
San Antonio, TX 78228-1106

RE: Court of Appeals Number: 04-14-00785-CV
Trial Court Case Number: 2011-CI-15957
Style: Mary Ann Castro
v.
Manuel Castro

The Appellee's motion to Withdraw Counsel has this date been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines